IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MUKESH PRAJAPATI, #A087914611**

 **Petitioner,**

vs.            CASE NO. 4:12cv363-RH/CAS

**ERIC HOLDER, et al.,**

 **Respondents.**
_____/

## REPORT AND RECOMMENDATION

  This cause is before me upon referral from the Clerk. In an order filed July 30, 2012, Petitioner was directed to file an amended petition by August 30, 2012. Doc. 8. Petitioner's copy of that order, however, was returned undelivered. Doc. 9. A check with INS revealed that the Petitioner was transferred to Etowah County Detention Center in Gadsden, Alabama on August 1, 2012. In an order entered August 10, 2012, the clerk was directed to note Petitioner's new address on the docket, re-mail the July 30, 2012, order to his new address, and the time for filing his amended petition was extended to September 10, 2012. Doc. 11. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order of this court his petition should now be dismissed without prejudice.

The Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, this 26th day of September, 2012.

 s/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.